**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LORENZO DOMINGUEZ MARTINEZ** | **CIVIL DOCKET NO. 1:26-CV-2090** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARKWAYNE MULLEN ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## ORDER

Considering Petitioner Lorenzo Dominguez Martinez's NOTICE OF VOLUNTARY DISMISSAL (the "Motion") [Doc. 4];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Lorenzo Dominguez Martinez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 16th day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE